EDWIN FREDERICK WENNER, PLAINTIFF-PETITIONER, v. MCELDOWNEY AND COMPANY, DEFENDANT-RESPONDENT.

*Messrs. Freeman & Freeman* for the petitioner.

*Messrs. Kesselman, Devine, Deighan & Montano* and *Mr. Michael Patrick King* for the respondent.

September 17, 1968. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. BOBBY LEVON MAYBERRY, DEFENDANT-PETITIONER.

*Mr. Peter Murray, Mr. Richard Newman,* and *Mr. John M. Cannel* for the petitioner.

*Mr. Martin J. Queenan* and *Mr. Myron H. Gottlieb* for the respondent.

September 17, 1968. Denied.

LOUIS HEYMAN, PLAINTIFF-PETITIONER, v. ELLEN STEIN, DEFENDANT-RESPONDENT.

*Messrs. Weiner, Weiner & Glennon* for the petitioner.

*Messrs. Wilentz, Goldman & Spitzer* and *Mr. Robert W. Lewandowski* for the respondent.

September 17, 1968. Denied.